J. Paul Masters and Susan T. Masters, Plaintiffs-Appellees, v. Central Illinois Electric and Gas Company, a Corporation, Aubrey J. Gregory and Hilmer T. Anderson, Partners, d/b/a Gregory Excavating Company, Defendants, Central Illinois Electric and Gas Company, a Corporation, Appellant.

Gen. No. 11,234.

Second District, First Division.

August 20, 1959.

Released for publication September 8, 1959.

Hyer, Gill & Brown (Stanton E. Hyer, of counsel) for appellant; Pedderson, Menzimer & Conde (L. W. Menzimer and Dale F. Conde, of counsel) for plaintiffs-appellees. Opinion by JUSTICE DOVE. Not to be published in full.